OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711
OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE

ZIP 78701
02 1W
0001401682 SEP. 24. 2015

US POSTAGE » PITNEY BOWES
$ 000.27⁵

WR-71,587-02

Abel Acosta, Clerk

On this day, the original application for writ of mandamus has been received and presented to the Court.

9/3/2015
PARKER, JAWAID AHMED

Tr. Ct. No. 1435056

Not Deliverable As Addressed
Unable to Forward

JAWAID AHMED PARKER